**Michael GARLAND, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**WD 79528**

Missouri Court of Appeals, Western District.

Order filed: February 21, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 2017.

Application for Transfer Denied May 30, 2017

Bruce B. Brown, for Appellant

Rachel M. Jones, for Respondent

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge and Edward R. Ardini, Jr., Judge

### ORDER

PER CURIAM:

Michael Garland ("Garland") appeals the judgment of the Circuit Court of Jackson County sustaining the Director of Revenue's ("Director") one-year revocation of

his driver's license for refusing to submit to a chemical test of his breath pursuant to section 577.041.[1] On appeal, Garland alleges that the trial court erred in finding that the arresting officer had reasonable grounds to believe that he was driving a motor vehicle while in an intoxicated condition and in finding that Garland's actions subjected him to Missouri's implied consent law requiring submission to a chemical breath test. The judgment of the trial court is affirmed. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties explaining our ruling. Rule 84.16(b).

---

1. All citations are to RSMo 2000, as supplemented until January 1, 2017, unless otherwise noted.